ROCK (BARBARA), Respondent, vs. SARAZEN, imp., Appellant.

*September 13—October 11, 1932.*

For the appellant there was a brief by *Richmond, Jackman, Wilkie & Toebaas,* and oral argument by *L. E. Hart,* all of Madison.

For the respondent there was a brief by *W. H. Stafford* and *Harold E. Stafford,* attorneys, and *Henry Christoffersen* of counsel, all of Chippewa Falls, and oral argument by *Mr. Christoffersen* and *Mr. Harold E. Stafford.*

FOWLER, J. This case is considered in the opinion in the companion case of *Nick Rock v. Alex A. Sarazen,* filed herewith (*ante,* p. 126, 244 N. W. 577). For the reasons stated in that opinion the judgment of the circuit court is reversed, with directions to dismiss the complaint.

*By the Court.*—The judgment of the circuit court is reversed, with directions to dismiss the complaint.